IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOLLY HENDRICKES,  :   No. 4:23-cv-0797
    Petitioner  :
      :   (Judge Munley)
      :
v.  :
      :
WARDEN, SCI-MUNCY,  :
    Respondent  :

## ORDER

AND NOW, to wit, this ___ day of May, 2024, in accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c). Accordingly, the Court declines to issue one.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Judge